IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA REDMON, | ) |
| Plaintiff, | ) Case No. 8:15cv240 |
| v. | ) |
| UNUM GROUP, | ) **SHOW CAUSE ORDER** |
| Defendant. | ) |

The records of the court show that on July 1, 2015, a letter (#4) was sent to Patrick E. McNamara, attorney for plaintiff Lisa Redmon, from the Clerk of the U. S. District Court, directing that within fifteen (15) days he should register for admittance to practice in this court and register for the U. S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the date of this order, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 24, 2015**, Attorney Patrick E. McNamara is to register for admittance to practice and for the CM/ECF System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED: August 10, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge