# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LISA REDMON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CV240** |
| | ) | |
| V. | ) | |
| | ) | |
| **UNUM GROUP,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court upon Patrick McNamara's motion to withdraw as counsel for Plaintiff. (Filing 11.) The motion will be granted.

**IT IS ORDERED:**

1. The motion to withdraw (filing 11) is granted.

2. Mr. McNamara shall immediately serve copies of this Order on Plaintiff and thereafter file **proof of service** showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Mr. McNamara will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, **unless** substitute counsel has entered a written appearance on her behalf. If substitute counsel has not entered a written appearance, Plaintiff shall file a written notice with the Clerk of the Court of Plaintiff's current address and telephone number within five (5) business days of being served with this Order. Plaintiff may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, Plaintiff shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon Mr. McNamara's submission of proof of service as described in

Paragraph 2 of this Order, the Clerk of Court shall terminate Mr. McNamara's appearance as counsel and cease further notices to him in this matter.

**DATED August 11, 2015.**

        **BY THE COURT:**

        S/ F.A. Gossett
        **United States Magistrate Judge**