IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LISA REDMON, | ) | Case No. 8:15cv240 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| UNUM GROUP, | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Steve Davidson, counsel for defendant,

**IT IS ORDERED:**

1. On or before **February 29, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for February 8, 2016, is cancelled upon the representation that this case is settled.

4. The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

Dated: January 28, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge