# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA REDMON, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM GROUP, <br><br> Defendant. | 8:15CV240 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff Lisa Redmon and Defendant Unum Life Insurance Company of America's Stipulation for Dismissal with Prejudice (Filing No. 22). The Stipulation for Dismissal with Prejudice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff Lisa Redmon and Defendant Unum Life Insurance Company of America's Stipulation for Dismissal with Prejudice (Filing No. 22) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 16th day of February, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge